Decided October 20, 2008

STEPHEN CLINCH *v.* GENERALI-U.S. BRANCH

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 29 (AC 28784), is granted, limited to the following issue:

"Did the Appellate Court correctly decide that the defendant insurer had no duty to defend any of the plaintiff's allegations of negligence?"

The Supreme Court docket number is SC 18256.

*John T. Scully*, in support of the petition.

*Michael J. Smith* and *Michael D. Chefitz*, pro hac vice, in opposition.

Decided October 20, 2008

ANN FAY BARRY *v.* HISTORIC DISTRICT COMMISSION OF THE BOROUGH OF LITCHFIELD

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 682 (AC 27545), is denied.

*James Stedronsky*, in support of the petition.

*William C. Franklin*, in opposition.

Decided October 30, 2008